## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **LINCOLN INVESTORS, LLC,** | |
| Plaintiff, | 8:14CV3133 |
| vs. | |
| **BEST BUY STORES, L.P. and BEST BUY CO. INC.,** | ORDER |
| Defendants. | |

This matter is before the court on the parties' Stipulation for Discovery of Hard Copy and Electronically Stored Information (Filing No. 13 - Exhibit B). The parties' discovery stipulation is adopted as set forth in the stipulation.

**IT IS SO ORDERED**.

Dated this 10th day of July, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge