# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **LINCOLN INVESTORS, LLC,** | |
| Plaintiff, | **8:14CV3133** |
| vs. | |
| **BEST BUY STORES, L.P. and BEST BUY CO. INC.,** | **ORDER** |
| Defendants. | |

This matter is before the court on the plaintiff's November 14, 2014, letter (Filing No. 22) updating the court on the status of mediation. The parties represent that after holding a mediation, the plaintiff agreed to provide additional information and the parties adjourned the mediation until such time the defendants received the additional information. In light of the parties' representations, the court will continue the stay of this case pending further mediation. The provisions of the court's Amended Mediation Reference Order (Filing No. 20) remain in effect with the exception that **on or before February 18, 2015**, plaintiff's counsel shall file a report on the status of the mediation and whether the case has been settled.

**IT IS SO ORDERED**.

Dated this 17th day of November, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge