## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **LINCOLN INVESTORS, LLC,** | |
| **Plaintiff,** | **8:14CV3133** |
| vs. | |
| **BEST BUY STORES, L.P. and BEST BUY CO. INC.,** | **ORDER** |
| **Defendants.** | |

This matter is before the court on the parties' February 12, 2015, Status of Mediation (Filing No. 24) updating the court on the status of mediation. The parties represent that after holding a mediation, the plaintiff agreed to provide additional information and the parties adjourned the mediation until such time the defendants received the additional information. In light of the parties' representations, the court will continue the stay of this case pending further mediation. **On or before April 30, 2015**, the plaintiff's counsel shall file a report on the status of the mediation and whether the case has been settled.

**IT IS SO ORDERED**.

Dated this 13th day of February, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge