## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **LINCOLN INVESTORS, LLC,** | |
| Plaintiff, | 8:14CV3133 |
| vs. | |
| **BEST BUY STORES, L.P.** and **BEST BUY CO. INC.,** | ORDER |
| Defendants. | |

This matter is before the court on the parties' Joint Stipulation of Dismissal with Prejudice (Filing No. 28). The court finds that the parties' joint stipulation should be granted in accordance with Fed. R. Civ. P. 41(a)(1)(A).

**IT IS ORDERED** that the parties' joint stipulation (Filing No. 28) is granted and this case is dismissed with prejudice, each party to bear its own costs.

Dated this 27th day of May, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge